**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2:18-mn-2873-RMG**<br><br>This Document Relates to:<br>Case No. 2:25-cv-12709-RMG |

# MOTION TO SUBSTITUTE ATTORNEY

Plaintiff Billy Roy Green ("Plaintiff'), by and through undersigned counsel, respectfully moves this Court, pursuant to Local Civil Rule 83.I.07 (D.S.C.), for an Order substituting John Benochi of the Benochi Law Firm LLC as counsel of record for Plaintiff in place of Gary Anderson and the law firm of Environmental Litigation Group, PC. In support of this Motion, the parties state as follows:

1. This Motion relates solely to the member case identified in the caption above, Green et al v. 3M Company et al., Case No. 2:25-cv-12709-RMG. The rest of the named plaintiffs in Green et al v. 3M Company et al., Case No. 2:25-cv-12709-RMG remain represented by Environmental Litigation Group, PC.

2. Plaintiff has terminated his representation by Gary Anderson and Environmental Litigation Group, PC, and retained the Benochi Law Firm to represent him in this action as his counsel of record.

3. The client explicitly consents to the change in representation.

4. John Benochi (Alabama Bar No. l189i88r) has filed his Notice of Appearance represent Plaintiff in accordance with the procedures applicable to this multidistrict litigation.

5. Incoming counsel will assume responsibility for all pending deadlines and obligations in this action, including obligations arising under the Court's Case Management Orders. The requested substitution will not delay these proceedings or prejudice any party.

6. Pursuant to CMO 2A and Local Rule 7.02, Plaintiff's counsel has conferred with co-lead counsel for Plaintiffs ("PCC") and co-lead counsel for Defendants ("DCC") before the filing of this motion; both have given their consent to the filing of this motion.

WHEREFORE, Benochi Law Firm, LLC respectfully requests that the Court enter an Order (I) substituting John Benochi of Benochi Law Firm, LLC, as counsel of record for Plaintiff in the above-referenced member case, and (2) relieving Gary Anderson and Environmental Litigation Group, PC of any further responsibility in this action.

Respectfully submitted this the 14th day of October 2026,

*<u>/s/ John Benochi</u>*
JOHN BENOCHI
Alabama Bar No.: 1189i88r
BENOCHI LAW FIRM, LLC

P.O. Box 76511
Birmingham, AL 35255
Telephone: (502) 257-3700
Email: jbenochi@benochilaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of October 2026, I have electronically filed and served a true and correct copy of foregoing on all counsel of record using the CM/ECF system:

Gary Anderson, Esq.
ENVIRONMENTAL LITIGATION GROUP, PC
2160 Highland Ave Suite 200
Birmingham, AL 35205
Phone: (205) 328-9200
gary@elglaw.com

*/s/ John Benochi*
Counsel for Plaintiff